UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DONALD VANCE, Jr.,

    Plaintiff,

v.

GRAND RAPIDS HOUSING
COMMISSION,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:18-cv-1188

## REPORT AND RECOMMENDATION

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff filed his complaint on October 22, 2018. (ECF No.1). Plaintiff also filed a financial application to proceed *in forma pauperis*, without prepaying fees or costs. (ECF No. 2). Chief Judge Jonker has referred this application to me. For the following reasons, I recommend that plaintiff's application to proceed *in forma pauperis* be denied.

This is not a proper case for *IFP* status for two reasons. First, plaintiff is suing for relief under a federal statute that includes a cost-shifting provision should he prevail. Moreover, a review of plaintiff's financial affidavit reveals that he has more than twice the amount of the filing fee in his checking account. (*See* ECF No. 2, PageID.5). Plaintiff also reports that he has more than $100 each month in discretionary income. (*Id*, PageID.8). Accordingly, it appears that plaintiff has sufficient funds to the pay the filing fee in this matter.

Dated: October 30, 2018          /s/ Phillip J. Green
                                 PHILLIP J. GREEN
                                 United States Magistrate Judge

## NOTICE TO PARTIES

ANY OBJECTIONS to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b). All objections and responses to objections are governed by W.D. MICH. LCIVR 72.3(b). Failure to file timely and specific objections may constitute a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008). General objections do not suffice. *See McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).