UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DONALD VANCE, JR.,

    Plaintiff,

v.

    CASE NO. 1:18-CV-1188

    HON. ROBERT J. JONKER

GRAND RAPIDS HOUSING COMMISSION,

    Defendant.
_____/

**ORDER REGARDING REPORT AND RECOMMENDATION**

The Court granted Plaintiff's request for in forma pauperis status on December 3, 2018 (ECF No. 8). On December 21, 2018, Magistrate Judge Green issued a Report and Recommendation recommending that the Court grant Plaintiff time to file a first amended complaint alleging facts establishing his standing and the Court's jurisdiction (ECF No. 9).[1] Plaintiff filed a first amended complaint on January 3, 2019 clarifying that he is a tenant who is subject to the Grand Rapids Housing Commission policy he challenges. (ECF No. 10.) The first amended complaint contains allegations sufficient to establish standing at this stage of the case.

**ACCORDINGLY, IT IS ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (ECF NO. 9) is **APPROVED AND ADOPTED** to the extent consistent with this Order and is **DISMISSED AS MOOT** in all other respects.

---

[1] The Report and Recommendation points out that the original complaint lacked factual allegations connecting Plaintiff and the policy he challenges in this lawsuit. (ECF No. 9, PageID.42.)

2. The Court reaffirms its Order granting Plaintiff's request to proceed in forma pauperis (ECF No. 8). Any pleadings herein served by the United States Marshal shall be at the expense of the United States government. All costs shall be reimbursed to the United States government should the plaintiff prevail.

3. Plaintiff shall serve upon Defendant or, if appearance has been entered by an attorney, upon the attorney, a copy of every further pleading or other document submitted for consideration by the Court. The Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date a true and correct copy of any document was mailed to the Defendant or the Defendant's attorney. Any paper received by a District Judge or a Magistrate Judge which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

Dated: January 18, 2019  /s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE